## L. R. LIMA v. HERMAN GRAUE.[1]

May 8, 1931.

No. 28,469.

*J. O. Haugland,* for appellant.
*John C. Haave,* for respondent.

PER CURIAM.

Upon authority of Anderson v. Graue, 183 Minn. 336, 236 N. W. 483, wherein the same question of law was involved as here, the order herein appealed from is affirmed.

[1]Reported in 236 N. W. 484.